**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 06-39-DLB-CJS-1**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**vs.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**DANIEL RELIFORD**                                                  **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 85), wherein she recommends that Defendant Daniel Reliford's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. # 85) be transferred to the Sixth Circuit Court of Appeals. No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be transferred. Accordinlgy,

      **IT IS ORDERED** as follows:

      (1)    Defendant's Motion (Doc. # 85) be, and is, hereby **transferred** to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631, for a determination of whether Defendant will be granted authorization to file a second or successive § 2255 motion; and

      (2)    This action is hereby **stricken** from the Court's active docket.

This 15th day of July, 2015.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-39-1 Order Adopting R&R re 2255.wpd